**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:08CV00068 |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **ANNA FRANKS and** | : | PLAINTIFFS |
| **WILLIE FRANKS** | : | |
| | : | |
| v. | : | |
| | : | |
| **WYETH, INC., et. al.** | : | DEFENDANTS |

**ORDER**

Plaintiffs' unopposed Motion to Compel Conroe Regional Medical Center to Comply With Subpoena (Doc. No. 4) is GRANTED.

IT IS SO ORDERED this 15th day of August, 2008.

                                                     /s/ Wm. R. Wilson, Jr.
                                         UNITED STATES DISTRICT JUDGE